**Wayne Douglas BUTTS,
Plaintiff–Appellant,**

v.

**Roger PHILLIPS, MD/Attending; Mary Tarnowski, Administrator, Correctional Medical Services, Inc., Subsidiary of Spectrum, Inc., Defendants–Appellees.**

No. 02–7669.

United States Court of Appeals, Fourth Circuit.

Submitted March 31, 2003.

Decided May 1, 2003.

Wayne Douglas Butts, Appellant Pro Se. John David McChesney, RAWLS & MCNELIS, P.C., Richmond, Virginia, for Appellees.

Before KING and GREGORY, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

Wayne Douglas Butts appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Butts v. Phillips,* No. CA–00–632–2 (E.D. Va. filed Oct. 21, 2002, entered Oct. 22, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*